UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANS SALES, INC., a California corporation, dba SUNRIVER SALES,<br><br>              Plaintiff,<br><br>      v.<br><br>VANGUARD INTERNATIONAL, INC., a Washington corporation; and DOES 1 through 10,<br><br>              Defendants. | CASE NO. 1:13-CV-0539 AWI SMS<br><br>ORDER VACATING HEARING DATE OF MAY 20, 2013 AND TAKING MATTER UNDER SUBMISSION |

   Defendant Vanguard has made a motion to stay the case. Doc. 8.  Plaintiff Evans Sales opposes the motion.  The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 20, 2013, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   May 16, 2013                                  _____
                                                                            SENIOR  DISTRICT  JUDGE

1