UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANS SALES, INC., a California corporation, dba SUNRIVER SALES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VANGUARD INTERNATIONAL, INC., a Washington corporation; and DOES 1 through 10,<br><br>　　　　Defendants. | CASE NO. 1:13-CV-0539 AWI SMS<br><br>ORDER TRANSFERRING CASE TO THE WESTERN DISTRICT OF WASHINGTON |

　　Defendant Vanguard has made a motion to abstain and dismiss the case as there was a parallel case before the Western District of Washington that was filed before the California case. Doc. 8. Plaintiff Evans Sales opposed the motion, "conced[ing] that the two cases should be combined and heard in the most appropriate forum. To this end, a motion to transfer the Washington lawsuit to this court in California is pending (at the time of the hearing) before the Washington District Court. It is submitted that this court should await that ruling which will most likely resolve the issues presented by this motion." Doc. 15, 5:11-15. That motion has been heard; the Western District of Washington has denied the motion to transfer in Vanguard International v. Sunriver Sales, Case No. 13-0482, Doc. 30.

　　Thus, to consolidate these proceedings, this case is TRANSFERRED to the Western District of Washington pursuant to 28 U.S.C. § 1404.

IT IS SO ORDERED.

Dated:  July 30, 2013                           _____
　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE